# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:16-mj-00607-DUTY-1 | Date | March 30, 2016 |

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

Interpreter   N/A

| Carla Badirian | N/A | N/A |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Marsha Gay Reynolds | | X | | | | | |

**Proceedings:**   [In Chambers] Order Continuing Stay and Hearing For Review of Bail Order [3]

      On March 24, 2016, the Court granted the government's application for review of the bail order issued on March 24, 2016 by the Honorable Viktor V. Pohorelsky, United States Magistrate Judge for the Eastern District of New York.  (Dkt. No. 3.)  In its order, the Court ordered Defendant to appear before the Honorable André Birotte Jr., United States District Judge for the Central District of California for a hearing on that matter on April 7, 2016, at 1:30 p.m.

      On its own motion, the Court hereby **CONTINUES** the stay in this matter and the aforementioned hearing to Friday, April 8, 2016, at 1:30 p.m.  Defendant is **ORDERED** to remain in custody pending her appearance before Judge Birotte, who will hear argument and determine whether different terms of bail are warranted.  The United States Marshal Service shall arrange Defendant's transport from her current place of custody and shall timely notify the clerk upon Defendant's arrival to the Central District of California.  Counsel for the Government shall effect service of this Order on Defendant's counsel, the United States Marshal, pretrial services, and any other appropriate parties.

      **IT IS SO ORDERED.**

CC: Magistrate Judge Pohorelsky (Eastern District of New York)
    PSA
    USM