# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA



COPY

| UNITED STATES OF AMERICA, | WARRANT FOR ARREST |
|---|---|
| PLAINTIFF, | |
| v. | ON COMPLAINT |
| MARSHA GAY REYNOLDS, | CASE NO.: 16-0607M |
| 89225-053    DEFENDANT. | |

To: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest **MARSHA GAY REYNOLDS** and bring her forthwith to the nearest Magistrate Judge to answer a complaint charging her with Possession with Intent to Distribute a Mixture or Substance Containing a Detectable Amount of Cocaine, in violation of Title 21, United States Code, Section 841(a)(1).

REC: BY AUSA    Detention

JACQUELINE CHOOLJIAN
UNITED STATES MAGISTRATE JUDGE

3/23/16
Date

Honorable Jacqueline Chooljian

JACQUELINE CHOOLJIAN
Signature of Magistrate Judge

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at (location):

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 3/24/16 | | |

ARRESTED ON:
WITHIN THE DISTRICT OF NY
BY: DEA

DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO

WARRANT FOR ARREST ON COMPLAINT                    Page 1 of 2